**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Exponent, Inc.<br><br>　　　Plaintiff,<br><br>v.<br><br>Exponent Engineering Associates, Inc.<br><br>　　　Defendant. | Case No.: 12-CV-292 LKK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Pursuant to the request of Plaintiff Exponent, Inc., IT IS HEREBY ORDERED that the Case Management Conference is continued to August 27, 2012, at 1:30 p.m.

DATED:  April 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I, Kristin Metler, declare:

I am employed in the County of Contra Costa, California in the offices of a member of the Bar of this Court, at whose direction this service was made. My business address is 1800 Sutter Street, Suite 460, Concord, California. I am over the age of eighteen years and not a party to this action. On the date given, I served the following document(s):

In the case entitled: Exponent, Inc. v. Exponent Engineering Associates, Inc., Court, Case No. 12-CV-292 LKK, on all interested parties through their attorneys of record by placing a true and correct copy thereof addressed as shown on the attached service list, as designated below

**(SEE ATTACHED SERVICE LIST)**

\_\_\_\_\_ BY FIRST CLASS MAIL (C.C.P. §§1013A, et seq.):
I caused said document(s) to be deposited in the United States Mail in a sealed envelope with postage fully prepaid at Concord, California, following the ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration.

\_\_\_\_\_ BY FACSIMILE (C.C.P. §§1012.5, et seq.)
I served such document(s) by fax to the fax number(s) provided by each of the parties in this litigation at Concord, California. I received a confirmation sheet indicating said fax was transmitted completely.

\_\_\_\_\_ OVERNIGHT DELIVERY
I caused such envelope to be delivered to the addresses identified on the attached service list by means of an overnight delivery service pursuant to California Code of Civil Procedure Section 1013

\_\_\_\_\_ BY PERSONAL SERVICE
I delivered such envelope by hand to the offices of the addressee.
Messenger Service: ONE HOUR DELIVERY

\_\_\_\_\_ BY ELECTRONIC SERVICE (C.C.P. §187):
I caused said document to be served using LexisNexis File & Serve/One Legal File & Serve.

I declare under the penalty of perjury, under the laws of the State of California, that the above is true and correct.

DATED: April 17, 2012

Kristin Metler

**Case Name:** **Exponent, Inc. v. Exponent Engineering Associates, Inc.**
**Case No.:**   Court Case No. 12-CV-292 LKK

Charles Gravett
Law Office of Charles Gravett
1125 Jefferson Street
Napa, CA 94559