**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Exponent, Inc. | Case No.: 12-CV-292 LKK |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Exponent Engineering Associates, Inc. | |
| Defendant. | |

Pursuant to Plaintiff Exponent, Inc.'s request, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: August 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT